IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED GRAVES,

    Petitioner,        No. CIV S-07-1227 GEB JFM P

   vs.

MIKE KNOWLES, Warden,

    Respondent.      <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve an opposition to respondent's August 17, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 7, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's August 17, 2007 motion to dismiss.

DATED: September 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp/001; grav1227.111