IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED GRAVES,

    Petitioner,                 No. CIV S-07-1227 GEB JFM P

    vs.

MIKE KNOWLES, Warden,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve objections to the October 25, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 8, 2007 motion for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the October 27, 2007 findings and recommendations on or before December 12, 2007. No further extensions will be granted.

DATED: November 19, 2007.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

/mp/001
grav1227.111(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26